Fredric RUSCHE, Appellant,

v.

Walter H. COBI, Appellee.

Special Patent Docket No. 91.

United States Court of Customs
and Patent Appeals.

April 6, 1961.

Smith, J., dissented.

———————◆———————

Whittemore, Hulbert & Belknap and
Clarence B. Zewadski, Detroit, Mich., for
Fredric Rusche.

Fish, Richardson & Neave and E.
Cummings Sanborn, New York City, for
Walter H. Cobi.

Before WORLEY, Chief Judge, and
RICH, MARTIN, and SMITH, Judges.

PER CURIAM.

Involved here are a motion by Cobi to
dismiss Rusche's appeal to this court, and
a petition by Rusche for a writ of manda-
mus directing the Commissioner to grant
an extension of Rusche's time for per-
fecting said appeal.

A similar situation was involved in our
opinion of November 3, 1960, 283 F.2d
529, in which both the motion and peti-
tion were denied and the case remanded
to the Patent Office for further considera-
tion.

It has now been established that a
memorandum from the Manuscript
Branch of the Patent Office, dated July
11, 1960, upon which our first action was
based, was erroneously dated and was not
actually prepared until July 13, 1960, two
days after Rusche's time for docketing
his appeal in this court had expired. Un-
der these circumstances the action of the
First Assistant Commissioner in refusing
to extend Rusche's time for docketing the
appeal was correct, and dismissal of the
appeal is in order.

Cobi's motion to dismiss is granted.
Rusche's petition for a writ of mandamus
is denied.

SMITH, J., dissents.